IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH S. FREEDMAN,

    Plaintiff,

v.

LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES LP

    Defendant.

CASE NO.: C 07-00672 CRB

## STIPULATED ORDER OF DISMISSAL

Pursuant the stipulation of the parties, as evidenced by their signatures hereto,

IT IS HEREBY ORDERED and ADJUDGED that the claims asserted by plaintiff in this matter are dismissed with prejudice, and this matter is dismissed without costs or attorney fees to any party.

DATED this 26 day of April, 2007.

Judge

IT IS SO ORDERED
Judge Charles R. Breyer

IT IS SO STIPULATED:

DATE: 4/25/2007

By: _____
Natalie R. Vance
KLINEDINST PC
1107 Ninth Street, Suite 680
Sacramento, CA 95814
Phone (916) 444-7573
Fax (916) 444-7544
nvance@klinedinstlaw.com
Attorneys for LVNV Funding, LLC
and Resurgent Capital Services LP

980521v2

DATE: 4-19-07                By: /s/
                             Keith S. Freedman

980521v2